**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Jay Dybdahl,                                                Civil No. 09-331 (RHK/SRN)

              Plaintiff,                        **NOTICE OF TRIAL AND**
                                                                   **SCHEDULE FOR SUBMISSION**
vs.                                                                **OF TRIAL MATERIALS**

MidWave Corporation,
Jeff Soderholm,

              Defendants.

_____

The above matter is deemed ready for trial before the undersigned as of July 1,

2010, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in

accordance with the following schedule:

By <u>June 18, 2010</u>:

(1)     All "documents to be submitted for trial" as required by Local Rule
        39.1(b);

(2)     Designation and copies of proposed deposition testimony;

(3)     Motions in Limine with supporting briefs; and

(4)     Trial Brief with a statement of the issues (substantive and evidentiary),
        facts expected to be proved, and controlling statutory and case law.

By <u>June 24, 2010</u>:

(1)     Responsive Briefs to Motions in Limine;

(2)     Written Objections, and the grounds therefor, to opposing parties' exhibits
        and designated deposition testimony (copies of objected to exhibits and
        objected to deposition testimony shall be furnished simultaneously to the
        Court); and

(3)     Replies to Trial Briefs.

By <u>June 29, 2010</u>:  Responses to the Written Objections.

Dated:  April 30, 2010

                                        <u>s/Richard H. Kyle</u>
                                        RICHARD H. KYLE
                                        United States District Judge